ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: ann.demarais@usdoj.gov
Attorneys for Plaintiff

FILED____LODGED
____RECEIVED____COPY

2011 OCT 27 A 11: 54

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA    **VICTIM**

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| | ) | Violation: 18 U.S.C. § 111(a) |
| v. | ) | |
| | ) | (Assault on a Federal Employee with Physical Contact) |
| Eugene Patterson, | ) | |
| Defendant. | ) | CR11-3745 TUC DCB/JJM |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about July 26, 2011, at or near Tucson, in the District of Arizona, EUGENE PATTERSON, did intentionally and forcibly assault United States Bureau of Prison's employee, Disciplinary Hearing Officer Vickie Petricka, an employee of the United States or any agency thereof, while Vickie Petricka was engaged in the performance of her official

//
//
//
//
//
//

1  duties, making physical contact with Vickie Petricka by spitting on her face, in violation of
2  Title 18, United States Code, Sections 111(a).

3                              A TRUE BILL

5                              ___/s/_____
                               Presiding Juror

6  ANN BIRMINGHAM SCHEEL
7  Acting United States Attorney
   District of Arizona

                                            OCT 27 2011
9        /s/
   _____
10 Assistant United States Attorney

                              REDACTED FOR
                              PUBLIC DISCLOSURE

25 U.S. v. Patterson
26 Indictment, page 2