JOHN S. LEONARDO
Acting United States Attorney
District of Arizona
Ann L. DeMarais
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
ann.demarais@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) ) |
| Plaintiff, | ) CR 11-3745-TUC-DCB (JJM) ) |
| v. | ) GOVERNMENT'S WITNESS LIST ) |
| Eugene Patterson, | ) Hon. David C. Bury ) |
| Defendant. | ) ) |

Plaintiff, United States of America, by its attorneys, JOHN S. LEONARDO, United States Attorney, and Ann L. DeMarais, Assistant United States Attorney, hereby submits the following amended good faith list of witnesses which will be called within the trial of this case. Any supplements to this list will be filed with the court if it is determined that additional witnesses are required for the presentation of the Government's case in chief.

1. Vickie Petricka, Disciplinary Hearing Officer, USP Tucson
2. Lt. Fealander Turner, USP Tucson
3. Correction Officer Christopher Lujan, USP Tucson

//

//

Respectfully submitted this 11th day of August, 2012.

                    JOHN S. LEONARDO
                    United States Attorney
                    District of Arizona

                    *s/ Ann L. DeMarais*

                    Ann L. DeMarais
                    Assistant United States Attorney

Copy of the foregoing served
electronically or by other means
this 11th day of August, 2012, to:

Eugene Patterson and
Matthew Charles Davidson, Esq.