```
Law Offices of
MATTHEW C. DAVIDSON, LTD.
1859 N. Grand Ave. Suite 1
Nogales, AZ, 85621
(520) 281-0433
Matthew C. Davidson, SBN 015021
Attorney for Defendant
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | NO. CR-11-3745-TUC-DCB(JJM) |
| Plaintiff, | DEFENDANT'S WITNESS LIST |
| vs. | |
| EUGENE PATTERSON, | |
| Defendant. | |

Defendant, by and through Counsel, hereby submits the following list of witnesses which will be called within the trial of this case. Any supplements to this list will be filed with the court if it is determined that additional witnesses are required for the presentation of the Defendant.

1. Lt. Fealander Turner, USP Tucson

2. Correction Officer Christopher Lujan, USP Tucson

3. Guillermo Diaz, MLP, USP Tucson Health Services Clinical

RESPECTFULLY submitted this 5th day of November, 2012.

*s/Matthew C. Davidson*
Matthew C. Davidson,
Attorney for
Defendant

-1-

Copy of the foregoing
served electronically
and by other means this
5th day of November,
2012 to;

Ann L. Demarais
Assistant United States Attorney