Case 4:11-cr-03745-DCB-JR   Document 87   Filed 03/18/13   Page 1 of 2

Eugene P. Patterson
#36755-118
Florence Correctional Center
P.O. Box 6900
Florence, Az. 85132

The Honorable Chief Clerk of Court
U.S. District Court Chief Clerk
U.S. Courthouse - Suite 1500
405 West Congress Street
Tucson, Az. 85701-5010

3-14-2013

FILED ____ LODGED ____
RECEIVED ____ COPY ____
MAR 18 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

IN RE: 1. To appeal the Six (6) months sentance given by the Honorable David C. Bury, Judge, on 3-12-2013; for Court Case No.# CR-11-3745-TUC-D.C.B-(JJM).

2. Request to be appointed an lawyer to represent this appeals.

3. At sentanceings, the Honorable David C. Bury, Judge; told me I have 14 days to submite an sentance appeal. Therefore, I ask for an appeals, and ask for appointment of lawyer.

4. Or, send to me the (form(s)); so I may start processeing the appeals. Thank you.

It is so prayed to this Honorable Chief Clerk of Court. I thank you in advance. I await an reply.

Respectfully Submited
Eugene P. Patterson, PROSE Litegent

Date: 3-14-2013

EUGENE P. PATTERSON
#36755-118 SEG
FLORENCE CORRECTIONAL CENTER
P.O. BOX 6900
FLORENCE, AZ. 85132

The Honorable Chief Clerk of Court
U.S. District Court Chief Clerk
U.S. Courthouse - Suite 1500
405 West Congress Street
Tucson, AZ. 85701-5010

LEGAL MAIL



REG

MAR 10 2013

CLERK'S OFFICE
U.S. DISTRICT COURT

This Correspondence is Mailed
From A Correctional Institution
Its Contents Are Uncensored

UNITED STATES POSTAGE
$ 00.46⁰
PITNEY BOWES
02 1M
0008001845
MAR 15 2013
MAILED FROM ZIP CODE 85232